# Exhibit A

*Drawing*

Alb\*
f4/11/24

> **YES!** Doctors in public employment need a strong Union. By signing below, I affirm my commitment to stand with my colleagues as a member of UAPD.



# THE UNION OF AMERICAN PHYSICIANS & DENTISTS
**MEMBERSHIP APPLICATION - STATE BU 16 AND CSU BU 1**

Mail completed application to 180 Grand Avenue, Suite 1380, Oakland, CA 94612 or fax to (510) 763-8756.

**Name: (Last, First, Middle Initial)**
Robert Espinoza

**Social Security Number** [redacted]

**Telephone (Home)** [redacted]

**Telephone (Cell)** [redacted]

**Non-Work E-mail**
Espinoza@Alumni.UCLA.edu

**Home Address (Street /P.O. Box /Apt. #)** [redacted]
**(City)** [redacted] **(State)** [redacted] **(Zip Code)** [redacted]

**Employed By (Agency/Department/Campus & Classification)**
California Department of Corrections

**Telephone (Office)**
951-310-2746

**Work Location (Bldg./Unit/Dept.)**
CIW

**Degree**
MD

**Specialty**
Family Medicine

**PLEASE CHECK IF:** (X) Full time
( ) Part Time
( ) Intermittent
( ) Limited Term

*Gross: 22,605.*
*23,735.*

*Dues*
*$203.48*
*213.62 redo*

**INITIATION FEE WAIVED**
**MONTHLY DUES:  0.90%**

I hereby apply for membership in the UNION OF AMERICAN PHYSICIANS AND DENTISTS (hereafter the "Union"), and I agree to abide by its Constitution and Bylaws. I authorize the Union and its successor or assign to act as my exclusive bargaining representative for purposes of collective bargaining with respect to wages, hours and other terms and conditions of employment with my Employer. I certify that I am a holder of one or more of the following degrees: M.D., D.O., D.D.S., D.M.D., D.P.M.; and that I have graduated from an approved school of medicine, dentistry, podiatry, or osteopathy. I pledge to support the Union and its principles as outlined in the Preamble, and the Constitution and Bylaws. I hereby voluntarily authorize and direct the State Controller to deduct from my salary each pay period the amount of dues certified by the Union, and as they may be adjusted periodically by the Union, and the amount for the UAPD Political Action Program, and transmit said sum to the Union. This authorization will remain in full force and effect for the duration of the existing memorandum of understanding (MOU), if any, and yearly thereafter, unless I give signed and written notice of withdrawal to both the State Controller's office and the Union during the 30 days prior to expiration of the MOU, or if the MOU is expired then during the 30 days prior to the anniversary date thereof. My authorization will renew automatically, regardless of my membership status, unless revoked during the window periods described. Dues, contributions or gifts to the Union are not tax deductible as charitable contributions. However, they may be tax deductible as miscellaneous expenses.

**SIGNATURE:** *Robert Espinoza* (DocuSigned by, AD6763511C724FC...)

**DATE:** 4/23/2018

Revision: May 2017